UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all
others similarly situated,

                              Plaintiff,

              -against-                                    23-cv-02278 (JLR)

TUFINA, LLC,                                              **ORDER**

                              Defendant.

JENNIFER L. ROCHON, United States District Judge:

      IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and

complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle

this action.  In their discussions, the parties should consider whether plaintiff has satisfied the

threshold requirement of standing.  *See, e.g.*, *Calcano v. Swarovski N. Am. Ltd.*, 36 F.4th 68, 77–78

(2d Cir. 2022); *Harty v. W. Point Realty, Inc.*, 28 F.4th 435, 443–44 (2d Cir. 2022).  To the extent

the parties are unable to settle the case themselves, they must also discuss whether further

settlement discussions through the district's court-annexed mediation program or before a

magistrate judge would be productive at this time.

      IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five

(45) days of service of the summons and complaint), the parties must submit a joint letter informing

the Court whether the parties have settled.  If the parties do not reach a settlement, the parties shall

in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a

settlement conference (and indicate a preference between the two options), or (2) proceed with an

initial status conference.

Dated: March 20, 2023                              SO ORDERED.
      New York, New York

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge