```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jasmine Toro, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Tufina, LLC,

                Defendant.

1:23-cv-02278 (JLR) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      Pursuant to the Case Management Plan, the parties were to file a joint letter regarding the status of discovery on Friday, December 15, 2023. (*See* ECF No. 24.) As of the date of this Order, and despite an email reminder, the parties have failed to comply. The parties shall file the joint letter no later than Friday, December 29, 2023. Failure to do so may result in the imposition of sanctions.

**SO ORDERED.**

Dated:    New York, New York
            December 22, 2023

_____
STEWART D. AARON
United States Magistrate Judge