```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/1/2024___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Jasmine Toro, on behalf of herself and all others similarly situated,**

                                        **Plaintiff,**

                    **-against-**

**Tufina, LLC,**

                                        **Defendant.**

**1:23-cv-02278 (JLR) (SDA)**

**<u>ORDER</u>**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Pursuant to the Court's Order, dated December 23, 2023, the parties were due to file a joint letter regarding the status of discovery on February 29, 2024. (*See* 12/23/23 Order, ECF No. 29.) As of the date of this Order, and despite the parties' previous belatedly-filed status report (*see* 12/22/23 Order, ECF No. 27; 12/22/23 Status Report, ECF No. 28; 12/23/23 Order), the parties have again failed to comply.

The parties shall file the second belated joint status letter no later than Friday, March 15, 2024, which shall (a) provide a meaningful update with respect to the status of discovery, including any outstanding discovery items in light of fact discovery due to close on April 12, 2024 (*see* Case Mgmt. Plan, ECF No. 24),[1] (b) indicate whether the parties have discussed settlement further and whether a settlement conference would prove useful, and (c) explain the reason(s) for the parties' now repeated failures for untimely filings. Failure to do so may result in the imposition of sanctions.

---

[1] The Court notes that the parties' 12/22/23 Status Report inadequately apprised the Court on the status of discovery, which provided one sentence that the "parties are in the process of preparing discovery demands." (12/22/23 Status Report at 1.)

**SO ORDERED.**

Dated:        New York, New York
              March 1, 2024

_____
STEWART D. AARON
United States Magistrate Judge